AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
RICARDO RIVERA-SOTO
*Defendant(s)*

Case No. 8:17MJ1327 TGW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 7, 2017 in the county of Pasco in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 USC § 1326(a) | Being an alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Desmond Garcia, S. Border Patrol Agent, USBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 8, 2017

[signature]
*Judge's signature*

City and state: Tampa, Florida

THOMAS G. WILSON, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Desmond Garcia, being duly sworn, hereby depose and state as follows:

1. I am employed as a Senior Border Patrol Agent with United States Border Patrol ("USBP"). Currently, I am assigned to the United States Border Patrol Station in Tampa, Florida (the "Tampa Border Patrol Station"). I have been employed as a border patrol agent for USBP since July 1996.

2. As a border patrol agent, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge RICARDO RIVERA-SOTO, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about May 5, 2017, deputies from the Pasco County Sheriff's Office notified the Tampa Border Patrol Station that they had arrested RICARDO RIVERA-SOTO—a known alien—in Pasco County, Florida, which is within the Middle District of Florida. Deputies indicated that they had stopped RIVERA-SOTO for a traffic violation, whereupon RIVERA-SOTO presented a Mexican passport as his only form of identification.

5. On or about May 7, 2017, a border patrol agent from USBP located RIVERA-SOTO at the Pasco County Jail in Pasco County, Florida, which is within the Middle District of Florida. Pursuant to an immigration detainer, the agent took RIVERA-SOTO into custody.

6. Post-*Miranda*, during an interview on or about May 8, 2017, RIVERA-SOTO admitted that he had illegally reentered the United States. RIVERA-SOTO also acknowledged that he had been previously removed from the United States and, further, that he had not received permission to come back.

7. I performed a records check and reviewed documents related to RIVERA-SOTO's immigration and criminal histories. Upon reviewing these documents, I determined that RIVERA-SOTO is a native and citizen of Mexico and is illegally in the United States. I also confirmed that RIVERA-SOTO has been deported from the United States to Mexico approximately three times. RIVERA-SOTO's removals occurred on or about January 11, 2005, on or about April 8, 2005, and on or about February 23, 2014.

8. Fingerprints of RIVERA-SOTO were taken after his arrest in Pasco County, Florida in or about May 2017. I conducted queries through all pertinent indices regarding RIVERA-SOTO's fingerprints. My query confirmed that RIVERA-SOTO's fingerprints match records of fingerprints taken prior to his last removal from the United States.

9. No information exists, including in the relevant computer databases, that RIVERA-SOTO had either requested or received permission from any immigration official to reenter the United States after his deportation.

## CONCLUSION

10. Based on the foregoing facts, I believe there is probable cause to establish that RICARDO RIVERA-SOTO, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

Desmond Garcia
Senior Border Patrol Agent, USBP

Sworn to and subscribed before me this 8th day of May, 2017, in Tampa, Florida.

THOMAS G. WILSON
United States Magistrate Judge